{¶ 7} Accordingly, the judgment of the court of appeals is affirmed.

Judgment affirmed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

---

William E. Peelle, Clinton County Prosecuting Attorney, Deborah S. Quigley, Assistant Prosecuting Attorney, and Henry G. Appel, Special Assistant Prosecuting Attorney, for appellee.

David J. Graeff and W. Joseph Edwards, for appellant.

THE STATE OF OHIO, APPELLEE, *v.* WANGUL, APPELLANT.

[Cite as *State v. Wangul,* 98 Ohio St.3d 329, 2003-Ohio-1009.]

(No. 2002–1761—Submitted January 21, 2003—Decided March 19, 2003.)

{¶ 1} The discretionary appeal is allowed.

{¶ 2} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court on the authority of *State v. Bush,* 96 Ohio St.3d 235, 2002-Ohio-3993, 773 N.E.2d 522.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

---

Paul Mancino Jr., for appellant.